IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 122-083 |
| DOCTORS HOSPITAL OF AUGUSTA, LLC, | ) ) ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

On November 14, 2022, the Court stayed discovery and directed the parties to confer and submit a Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling on the pending motion to dismiss or the conclusion of the mediation scheduled for December 6, 2022. (See doc. no. 28.) There have been no additional filings on the docket. To ensure the Court is aware of the current status of the case, the Court **DIRECTS** the parties to inform the Court whether the mediation occurred as scheduled and was successful, or whether it is appropriate to continue the discovery stay pending the ruling on the motion to dismiss, (doc. no. 13). The joint submission shall be filed on the record by no later than Wednesday, December 28, 2022.

SO ORDERED this 14th day of December, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA