IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 122-083 |
| DOCTORS HOSPITAL OF AUGUSTA, LLC, | * * * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 31.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA